```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

TERENCE THOMPSON,              :
                               :     Civil Action No. 11-7164 (RMB)
          Petitioner,          :
                               :
     v.                        :     **ORDER**
                               :
CHARLES WARREN, et al.,        :
                               :
          Respondents.         :

    For the reasons set forth in the Opinion filed herewith, IT IS on this **16th** day of **August 2012**,

    **ORDERED** that Petitioner's Motion [3] for a stay of this action is DENIED; and it is further

    **ORDERED** that the Clerk of the Court shall serve copies of the Petition, this Order, and all other documents docketed in this matter upon Respondents and the Attorney General of the State of New Jersey, by certified mail, return receipt requested, with all costs of service advanced by the United States; and it is further

    **ORDERED** that Respondents need not file any Answer until further order of this Court; and it is further

    **ORDERED** that within 30 days after entry of this Order, Petitioner shall advise the Court whether he wishes to proceed with the Petition as filed or withdraw it; and it is further

**ORDERED** that failure to so advise the Court will result in this Court proceeding with the Petition as filed, without further notice.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge
